UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Shakeal Devoner Sawyer,

    Plaintiff,

                                                    Civil Case No. 18-10246

v.

Brett Stemen,                              Sean F. Cox
                                                    United States District Court Judge

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING ACTION WITH PREJUDICE

*Pro se* Plaintiff Shakeal Devoner Sawyer, a state prisoner in the custody of the Michigan Department of Corrections, filed this 1983 action against Defendant Brett Stemen, a custody officer of the Macomb Correctional Facility.

The matter was referred to Magistrate Judge Elizabeth Stafford for all pretrial proceedings. Thereafter, Defendant Stemen filed a Motion for Summary Judgment. After the motions were briefed, on January 24, 2020, the magistrate judge issued a Report and Recommendation (ECF No. 58) wherein she recommends that the Court grant the motion because Defendant Stemen is entitled to qualified immunity.

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

Accordingly, the Court hereby ADOPTS the January 24, 2020 Report and Recommendation and ORDERS that Defendant Stemen's Motion for Summary Judgment is GRANTED and this action is DISMISSED WITH PREJUDICE.

1

IT IS SO ORDERED.

                                                                                                      s/Sean F. Cox  
                                                                                                      Sean F. Cox  
                                                                                                      United States District Judge

Dated: February 13, 2020